

**EXHIBIT C**

FILED
FT. SMITH DIST.
2020 DEC 22 P 4: 38

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
FORT SMITH
CIVIL DIVISION

**LEE WOOD**                                                                                 **PLAINTIFF**

v.                        **CASE NO. CV-20-773 (VII)**

**AVIENT CORPORATION OF**                                      **DEFENDANT**
**OHIO** *d/b/a* **POLYONE**
**CORPORATION and MESA**
**INDUSTRIES**

### VERIFIED AMENDED COMPLAINT

COMES NOW the Plaintiff, Lee Wood, by and through his attorney, Bradley Hull, and for his Complaint states and alleges as follows:

### SUMMARY

1. This is an employment/civil rights action involving discrimination on the basis of the Plaintiff's disability.

### JURISDICTION

2. The Plaintiff is an individually residing in the State of Arkansas. He is disabled within the meaning of the Arkansas Civil Rights Act ("ACRA"), the Americans with Disabilities Act ("ADA"), and the Americans with Disabilities Act Amendments Act ("ADAAA").

3. At all relevant times, the Defendant, a foreign corporation from the State of Ohio, continuously operated in the State of Arkansas and the City of Fort Smith and had at least fifteen (15) employees. See Exhibit A. The Defendant operated in the State of Arkansas,

under the fictitious name of Polyone Corporation. However, the Defendant also purchased Mesa Industries, Inc. and operated under the name Mesa Industries as well. Plaintiff was employed by Mesa Industries.

4. At all relevant times, the Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of the ADA.

5. At all relevant times, the Defendant has been a covered entity in accordance with the provisions of the ADA.

6. The unlawful actions against the Plaintiff all occurred at the Defendant's facility located in the City of Fort Smith, Arkansas.

7. The Defendant is subject to general personal jurisdiction in this judicial district and division. Venue and jurisdiction are proper in this Court.

## STATEMENT OF CLAIMS

8. The Plaintiff was previously employed by the Defendant. The Defendant wrongfully terminated the Plaintiff on November 21, 2019. The Plaintiff subsequently filed a charge with the Equal Employment Opportunity Commission ("EEOC"), which is attached hereto as Exhibit B.

9. The EEOC investigated the charge and issued a right to sue notice, which is attached hereto as Exhibit C.

10. The Defendant discriminated against the Plaintiff on the basis of his disability. The Plaintiff informed the Defendant that he suffered from a disability. Specifically, the

2

Defendant was made aware that the Plaintiff suffered from Gastritis and Duodenitis. These are conditions that impact and inflame the Plaintiff's stomach.

11. The Defendant did not offer the Plaintiff an accommodation, nor engage in a process to consider an accommodation. The Defendant's were aware that due to the Plaintiff's condition he would be required to occasionally miss work or leave work early. This was due to the pain caused by his symptoms when he had flare ups and he also was seeking treatment for his condition that required him to attend medical appointments. Accommodations for this issue could have easily been made; however, rather than making accommodations the Defendant required the Plaintiff to utilize all his allowed time off. Then the Defendant terminated the Plaintiff after his conditions required him to miss additional time.

12. The Plaintiff suffered an adverse employment action, termination, directly related to his disability. The Defendant terminated the Plaintiff based on his absences that were caused by his disability. The Defendant failed to engage in the interactive process required by law.

13. Gastritis and Duodenitis are disabilities covered by the ACRA, ADA, and the ADAAA. The Plaintiff's impairment has substantially limited his major life activities, in particular causing substantial disturbance with his ability to eat; but the pain can cause discomfort that affects most areas of his life. The conditions cause significant discomfort; severe nausea; vomiting; and stomach pains.

14.     The Plaintiff is and was able to perform the duties of his position and is a qualified individual for the job he had with the Defendant. The Plaintiff's job duties did not make an unnecessary hardship for him to occasionally take time off due to his conditions. The Plaintiff was actively seeking treatment for his conditions, and when the condition was under control, he could perform his duties without issue.

15.     The Defendant's actions are unlawful, and the Plaintiff brings counts against the Defendant for disability discrimination under the ADA, the ADAAA and the ACRA.

16.     The Plaintiff suffered damages from the Defendant's unlawful actions. He suffered emotional distress and financial hardships from the loss of his job.

17.     The unlawful actions described herein were intentional and done with malice or reckless indifference to the protected rights of the Plaintiff. The Defendant should have knowledge of its obligations to engage in the interactive process with the Plaintiff due to his disability. The Defendant blatantly disregarded this obligation; instead terminating the Plaintiff.

WHEREFORE, the Plaintiff, Lee Wood, requests that this Court order the Defendant to make him whole providing appropriate back pay with prejudgment interest, in amounts to be proved at trial, providing compensation for past and future pecuniary losses, providing compensation for past and future nonpecuniary losses (including emotional pain, suffering, inconvenience, and mental anguish; order the Defendant to pay punitive damages for its malicious and/or reckless conduct; award the Plaintiff costs and attorney's fees; and grant

4

such further relief as the Court deems necessary and proper.

The Plaintiff requests a jury trial on all questions of fact raised by the Complaint.

Respectfully submitted,<br>
Lee Wood, Plaintiff

By: _____
BRADLEY HULL, ABA # 2017126
KEVIN HICKEY LAW PARTNERS
502 Garrison Avenue
Fort Smith, AR 72901
P: (479) 434-2414
F: (479) 434-2415
brad@kevinhickeylaw.com

**VERIFICATION**

I, Lee Wood, on this 22nd day of December, 2020, after first being duly sworn, state on oath that the information contained in the above and foregoing document is true and correct to the best of my knowledge, information, and belief.

*Lee Wood*
_____
LEE WOOD

**STATE OF ARKANSAS** )
)
**COUNTY OF** Sebastian )

**ACKNOWLEDGEMENT**

I, hereby certify that on this 22nd day of December, 2020, before me personally appeared Lee Wood proven or to me well known to be the person described in and who executed the foregoing duly acknowledged before me, and that she executed the same for the purpose therein expressed.

04/20/2028

*Cathy Mizell*
_____
NOTARY PUBLIC